# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-02814-VBF (JCR) | Date | June 5, 2008 |
|---|---|---|---|
| Title | **VICTOR HUGO CUELLAR v. MIKE EVANS, Warden** | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Debra Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 4, 2008, the Court issued an Order to Show Cause due to Petitioner's failure to file periodic status reports. On June 5, 2008, Petitioner filed a Status Report. Accordingly, the Court's June 4, 2008, Order to Show Cause is RESCINDED.

**IT IS SO ORDERED.**

Initials of Preparer      dts